# COMPLAINT

**(for filers who are prisoners without lawyers)**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

(Full name of plaintiff)
Walter Joseph Megna

v.

Case Number:
24-CV-1577
(to be supplied by Clerk of Court)

(Full name of defendant(s))
Jeremy Anclam

A. PARTIES

1. Plaintiff is a citizen of WISCONSIN (State), and is located at Kettle Moraine Correctional Institution P.O.BOX 282 W9071 Forest Dr Plymouth, WI 53073 (Address of prison or jail)

2. Defendant Jeremy Anclam (Name)

is (if a person or private corporation) a citizen of WISCONSIN (State, if known)

and (if a person) resides at ______ (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Froedert Holy family Memorial Hospital Manitowoc, WI 54220
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On Jan 10th 2023 Walter Joseph Megna was taken into Police custody at Manitowoc County Jail. A former Corrections officer claimed he noticed something in Megnas cavity. So, instead of being placed in a cell with no water and waited out, Megna was transferred to Froedert Holy Family Memorial Hospital (HFMH) while handcuffed in a smock. After an hour or so of humiliation, ER staffed informed Police that even with a search warrant they would not forcibly remove anything from Megnas rectum. The following morning another Doctor contacted Megnas Emergency Contact Jericka Juul and asked

for permission to retrieve whatever was up there since Megna would not give permission. Juul stated "Absolutely Not" The doctor replied "Fine, We'll call you when he's dead" Then hung up. Over the course of being awake for over 24 hours, Megna fell asleep only to be abruptly awoken by Nurses holding Megna down by his arms and legs while Dr Jeremy Anclam was at the foot of the bed with an anoscope. After being told "No" and without Megnas consent Dr. Anclam forcibly went up Megnas rectum. It is to Megnas belief the Dr. Jeremy Anclam was acting under "color of State Law" and used a "Medical Emergency" while Megna was coherent as an excuse to forcibly remove the Item from Megnas rectum (which according to reports was covered in blood and feces and easily accessible) This caused Megna to overdose. Until Friday January 13th Megna was unconsious. and after they forcibly removed the Item from Megna's rectum it was handed over to police.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $150,000.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Punitive damages
Pain and suffering

E. JURY DEMAND

I want a jury to hear my case.

☐ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 2nd day of December 2024.

Respectfully Submitted,

[signature]

Signature of Plaintiff

397939

Plaintiff's Prisoner ID Number

Kettle Moraine Correctional Institution

PO BOX 282 W9071 Forest Dr Plymouth, WI 53073

(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.